# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2241

_____

United States of America,             *

                               *

        Plaintiff-Appellee,       *

                               *    Appeal from the United States

v.                          *    District Court for the

                               *    Northern District of Iowa.

Raul Sanchez,               *

                               *      [UNPUBLISHED]

        Defendant-Appellant.   *

_____

Submitted:  December 17, 1999
Filed:  December 22, 1999

_____

Before MURPHY and MAGILL Circuit Judges, and SMITH[*], District Judge.

_____

PER CURIAM.

Raul Sanchez entered a condition guilty plea to two counts of possession with the intent to distribute methamphetamine and was sentenced to 168 month imprisonment.  He now appeals the denial of his motion to suppress the evidence of six pounds of methamphetamine which were delivered to him.  He claims that a search warrant was defective in that it had insufficient and misleading information about the drug dog use by law enforcement officials.  After reviewing the record, we agree with

_____

[*]The HONORABLE ORTRIE D. SMITH, United States District Judge for the Western District of Missouri, sitting by designation.

the district court[1] that under the totality of the circumstances the good faith exception of <u>United States v. Leon</u>, 468 U.S. 897 (1984), applies and we conclude that the court did not err in denying the motion to suppress.  Because we agree with the essential points in the district court's opinion, we affirm without further discussion.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.